IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH CRANDALL, on behalf of himself and those similarly situation, et al.,** : | **CIVIL ACTION** |
| Plaintiffs, : | |
| v. : | |
| **U.S. DEPT. OF VETERAN AFFAIRS, et al.,** : | No. 11-6765 |
| Defendants. : | |

### ORDER

**AND NOW,** this 23rd day of October, 2013, upon consideration of the "Joint Motion for Approval of Settlement Agreement" (Doc. No. 35), it is hereby **ORDERED** that:

— Plaintiffs' counsel shall submit an affidavit detailing the work performed in this case so that the Court may assess the fairness of the attorney's fees provided for in the stipulated settlement agreements on or before **November 4, 2013**.

— A fairness hearing will be held on **Thursday, November 14, 2013** at **3:00 p.m.** Kenneth Crandall, Christian DeJohn, Ken Carlisle and Christine Yeboah shall be present for the fairness hearing.

— At the hearing, the parties shall provide the Court with a stipulated settlement agreement for each Plaintiff containing the signatures of both parties.

BY THE COURT:

/s/ Mitchell S. Goldberg

MITCHELL S. GOLDBERG, J.