IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH CRANDALL, on behalf of himself and those similarly situation, <u>et al.</u>,** : | **CIVIL ACTION** |
| Plaintiffs, : | |
| v. : | |
| **U.S. DEPT. OF VETERAN AFFAIRS, <u>et al.</u>,** : | No. 11-6765 |
| Defendants. : | |

## ORDER

**AND NOW,** this 21st day of November, 2013, upon consideration of the "Joint Motion for Approval of Settlement Agreement" (Doc. No. 35), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated during the fairness hearing held on November 14, 2013. The settlement agreement and general release is approved.

**IT IS FURTHER ORDERED** that pursuant to Local Rule of Civil Procedure 41.1(b), the above action is **DISMISSED with prejudice** pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**